# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4435

_____

ROBERT WILLIAMS,

   Appellant,

   v.

WELLS FARGO; SEDGWICK CMS,

   Appellees.

_____

On appeal from order of the Judge of Compensation Claims.
Robert L. Dietz, Judge.

Date of Accident:  November 23, 2016.

June 5, 2018

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and ROWE and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Wayne Johnson of DeCiccio & Johnson, Maitland, for Appellant.

Tara L. Said of Eraclides, Gelman, Hall, Indek, Goodman, Waters & Traverso, Pensacola, for Appellees.